**Michael J. O'CONNELL, Relator; ex rel. United States of America, Plaintiff-Appellant,**

v.

**REGENTS OF THE UNIVERSITY OF CALIFORNIA, Defendant-Appellee.**

**No. 15-17528**

United States Court of Appeals, Ninth Circuit.

Submitted November 16, 2016 *

Filed November 22, 2016

Michael J. O'Connell, Law Office, Pro Se, San Francisco, CA, for Plaintiff-Appellant.

Before: LEAVY, BERZON, and MURGUIA, Circuit Judges.

MEMORANDUM **

Michael J. O'Connell appeals pro se from the district court's judgment dismiss-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**966**

ing his qui tam action alleging violations of the False Claims Act. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Omar v. Sea–Land Service, Inc.*, 813 F.2d 986, 991 (9th Cir. 1987). We affirm.

The district court properly dismissed O'Connell's action because the Regents of the University of California are a state entity and the False Claims Act does not provide a private right of action against state entities. *See Donald v. Univ. of Cal. Bd. of Regents*, 329 F.3d 1040, 1043–44 (9th Cir. 2003) ("Because a state entity is not identified as a 'person' for purposes of § 3729, the relators can claim no statutory basis under § 3730(b)(1) to bring suit against the Regents."); *see also Vt. Agency of Nat. Res. v. United States ex rel. Stevens*, 529 U.S. 765, 787–88, 120 S.Ct. 1858, 146 L.Ed.2d 836 (2000) ("We hold that a private individual has standing to bring suit in federal court on behalf of the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, but that the False Claims Act does not subject a State (or state agency) to liability in such actions.").

Contrary to O'Connell's contention, the district court did not err in dismissing O'Connell's action prior to the issuance of a summons. *See Franklin v. Or., State Welfare Div.*, 662 F.2d 1337, 1343 (9th Cir. 1981).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.